Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 17, 2014

SHELLEY D. KROHN, TRUSTEE
E-mail: shelley.trusteekrohn@7trustee.net
228 South 4th Street, #300
Las Vegas, Nevada 89101
Telephone: (702) 421-2210
Fax: (702) 366-1939
Plaintiff in proper person

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                   ) BK-S-12-11053-MKN
                                         ) Chapter 7
RYAN M. SNYDER and                       )
MARIA URSUA SNYDER                       )
                                         )
         Debtors.                        )
                                         )
_____)
                                         )
SHELLEY D. KROHN, Trustee                )
                                         ) Adv. No. 13-01128-MKN
                                         )
         Plaintiff,                      )
                                         ) **ORDER GRANTING**
                                         ) **MOTION FOR DEFAULT JUDGMENT**
v.                                       ) **AND REVOKING DISCHARGE**
                                         )
RYAN M. SNYDER and                       )
MARIA URSUA SNYDER,                      ) Date: January 16, 2014
                                         ) Time: 10:00 a.m.
         Defendants.                     )
_____)

The Trustee's Motion for Default Judgment came on regularly for hearing on January 16, 2014, at the hour of 10:00 a.m., before a

1

United States Bankruptcy Judge. SHELLEY D. KROHN, Trustee, appeared personally, but no other appearances were made. The Court finding that notice was given to the Defendants, counsel for the Debtors' in the underlying Chapter 7 case, and interested parties, no response having been filed or heard, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Trustee's Motion for Default Judgment is approved.

**IT IS FURTHER ORDERED** that the Debtor's Discharge of Debtor entered May 2, 2012 as Docket No. 17 is revoked.

Submitted by:

_/s/ Shelley D. Krohn_
SHELLEY D. KROHN, TRUSTEE

ALTERNATIVE METHOD re RULE 9021:

In accordance with Local Rule 9021, the Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  The Court waived the requirement set forth in LR9021(b)(1).

__x__  No parties appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###